| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Suko, Lonny R. | 2. Court or Organization U.S. District Court, EDWA | 3. Date of Report 07/20/2015 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

7. Chambers or Office Address

U.S. District Court
P.O. Box 2706
Yakima, WA 98907-2706

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Law Council Member (non-compensated) | University of Idaho College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self employed as part-time guardian ad litem and expert witness. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (Accounts) | A | Interest | M | T | | | | | |
| 2. Chase Strategic Conservative Allocation Portfolio (*see page 13) | C | Int./Div. | N | T | | | | | |
| 3. US Bank (Account) | A | Interest | L | T | | | | | |
| 4. American Express Bond Fund | A | Interest | K | T | | | | | |
| 5. Real property in Yakima, WA held with others | E | Rent | M | W | | | | | |
| 6. Northwestern Mutual Life Insurance Company Whole Life Insurance | C | Dividend | K | T | | | | | |
| 7. Hapo Commuity Credit Union (Accounts) | B | Interest | M | T | | | | | |
| 8. Wells Fargo Adv. (Acct) (transferred to Ameriprise Financial 12/2/14) | A | Int./Div. | L | T | | | | | |
| 9. Management Acct. #1 | | | | | | | | | |
| 10. -ISHARES BARCLAYS CSJ (now ISHS1-3YR CRDT BD CSJ) | | | | | Sold (part) | 04/09/14 | K | A | |
| 11. | A | Int./Div. | | | Sold | 09/02/14 | K | A | |
| 12. -ISHARES BARCLAYS ET INTERMEDIATE CREDIT BOND FUND CIU (See page 13) | | None | | | Sold | 04/11/14 | J | | |
| 13. -ALERIAN MLP ETF AMLP | | | | | Sold (part) | 01/24/14 | J | A | |
| 14. | B | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 15. -ISHARES CORE S&P MIDCAP IJH | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 16. -ISHARES CORE S&P 500 ETF IVV | | | | | Sold (part) | 01/24/14 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | C | Int./Div. | | | Sold (part) | 04/11/14 | J | A | |
| 18. Asset transferred by donation to Washington St. University on 12/19/14 | | | | | | 12/19/14 | L | | |
| 19. -ISHARES CORE S&P ETF IJR | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 20. -PIMCO ETF TRUST ETF MINT | | | | | Sold (part) | 01/24/14 | K | | |
| 21. | | | | | Sold (part) | 04/11/14 | J | A | |
| 22. | A | Int./Div. | | | Sold | 04/24/14 | K | A | |
| 23. -POWERSHARES S&P 500 ETF SPLV | B | Int./Div. | | | Sold | 01/24/14 | L | B | |
| 24. -POWERSHARES SENIOR ETF BKLN | | | | | Sold (part) | 01/24/14 | K | A | |
| 25. | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | | |
| 26. -SPDR BARCLAYS ETF SJNK | | | | | Sold (part) | 01/24/14 | K | A | |
| 27. | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 28. -VANGUARD REIT ETF VNQ | | None | | | Sold | 01/24/14 | K | | |
| 29. -ISHARES MBS ETF MBB | | | | | Buy | 01/24/14 | K | | |
| 30. | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 31. -ISHARES CORE EMRGNG ETF IEMG | | | | | Buy | 01/24/14 | J | | |
| 32. | | | | | Sold (part) | 04/11/14 | J | A | |
| 33. | B | Int./Div. | | | Sold | 10/02/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  -ISHRS 1-3YR TREAS BD ETF SHY | | | | | Buy | 01/24/14 | K | | |
| 35. | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 36.  -ISHS 3-7YR TREAS BD ETF IEI | | | | | Buy | 01/24/14 | K | | |
| 37. | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 38.  -SPDR BRCL INTL TRES ETF BWX | | | | | Buy | 01/24/14 | J | | |
| 39. | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 40.  -VANGUARD FTSE DEV ETF VEA | | | | | Buy | 01/24/14 | K | | |
| 41. | A | Int./Div. | K | T | Sold (part) | 04/11/14 | J | A | |
| 42.  IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 43.  -ISHARES BARCLAYS CSJ | | | | | Buy | 02/28/14 | J | | |
| 44. | | | | | Sold (part) | 08/22/14 | J | A | |
| 45. | | | | | Sold (part) | 09/17/14 | L | A | |
| 46. | | | | | Buy | 10/23/14 | J | | |
| 47. | A | Int./Div. | | | Sold | 11/05/14 | L | A | |
| 48.  -ALERIAN MLP ETF AMLP | | | | | Buy | 02/28/14 | J | | |
| 49. | C | Int./Div. | | | Sold | 11/05/14 | L | C | |
| 50.  -ISHARES CORE S&P MID ETF IJH | | | | | Sold (part) | 02/28/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 10/01/14 | J | B | |
| 52. | D | Int./Div. | | | Sold | 11/05/14 | K | D | |
| 53.   -ISHARES CORE S&P SML ETF IJR | | | | | Sold (part) | 02/28/14 | J | B | |
| 54. | | | | | Sold (part) | 10/01/14 | J | B | |
| 55. | D | Int./Div. | | | Sold | 11/05/14 | K | D | |
| 56.   -PIMCO ETF TRUST ETF MINT | | | | | Buy | 02/28/14 | M | | |
| 57. | | | | | Sold (part) | 06/19/14 | K | A | |
| 58. | | | | | Sold (part) | 08/22/14 | K | A | |
| 59. | | | | | Sold (part) | 09/17/14 | K | A | |
| 60. | A | Int./Div. | | | Sold | 10/01/14 | M | A | |
| 61.   -PROSHARES SHORT S&P 500 SH | | | | | Sold (part) | 02/28/14 | L | | |
| 62. | | | | | Buy | 10/01/14 | M | | |
| 63. | | None | | | Sold | 10/16/14 | M | C | |
| 64.   -SPDR S&P 500 TRUST ETF SPY | | | | | Sold (part) | 02/28/14 | J | B | |
| 65. | | | | | Buy | 09/18/14 | M | | |
| 66. | E | Int./Div. | | | Sold | 11/05/14 | M | E | |
| 67.   -SPDR BARCLAYS ETF SJNK | | | | | Sold (part) | 02/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | None | | | Sold | 11/05/14 | M | | |
| 69.   -SPDR DOW JONES INDL ETF DIA | | | | | Buy | 02/28/14 | L | | |
| 70. | | | | | Sold (part) | 09/18/14 | L | D | |
| 71. | D | Int./Div. | | | Sold | 10/01/14 | L | B | |
| 72.   -SPDR GOLD TRUST ETF GLD | | | | | Buy | 02/28/14 | J | | |
| 73. | | | | | Buy | 06/19/14 | K | | |
| 74. | | | | | Sold (part) | 09/18/14 | K | | |
| 75. | | None | | | Sold | 11/05/14 | K | | |
| 76.   -PROSHARES TRUST ETF TBF | | None | | | Sold | 02/28/14 | K | | |
| 77.   -VANGUARD REIT ETF VNQ | | | | | Sold (part) | 02/28/14 | J | | |
| 78. | C | Int./Div. | | | Sold | 11/05/14 | K | C | |
| 79.   -VANGUARD INTL EQTY ETF VEU | | | | | Sold (part) | 02/28/14 | J | A | |
| 80. | | | | | Sold (part) | 09/18/14 | J | B | |
| 81. | | | | | Sold (part) | 10/01/14 | J | A | |
| 82. | C | Int./Div. | | | Sold | 11/05/14 | K | B | |
| 83.   -ISHARES JPM USD EMR ETF EMB | | | | | Buy | 06/05/14 | K | | |
| 84. | | None | | | Sold | 11/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -ISHS INTERMD CRDT BD ETF CIU | | | | | Buy | 09/17/14 | M | | |
| 86. | A | Int./Div. | | | Sold | 11/05/14 | M | A | |
| 87. -MARKET VCTRS GOLD MN ETF GDX | | | | | Buy | 06/19/14 | K | | |
| 88. | | None | | | Sold | 10/23/14 | K | | |
| 89. -POWERSHARES DB COMMD ETF DBC | | | | | Buy | 08/22/14 | K | | |
| 90. | | None | | | Sold | 11/05/14 | K | | |
| 91. -VANGUARD FTSE EMRG ETF VWO | | | | | Buy | 06/05/14 | K | | |
| 92. | | None | | | Sold | 11/05/14 | K | | |
| 93. IRA #2 | B | Int./Div. | L | T | | | | | |
| 94. -ISHARES BARCLAYS CSJ | | | | | Buy | 02/28/14 | J | | |
| 95. | | | | | Sold (part) | 08/22/14 | J | A | |
| 96. | | | | | Sold (part) | 09/17/14 | J | A | |
| 97. | | | | | Buy | 10/23/14 | J | | |
| 98. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 99. -ALERIAN MLP ETF AMLP | | | | | Sold (part) | 02/28/14 | J | A | |
| 100. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 101. -ISHARES CORE S&P MED ETF IJH | | | | | Sold (part) | 02/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 10/01/14 | J | A | |
| 103. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 104.  -ISHARES CORE S&P SML ETF IJR | | | | | Sold (part) | 02/28/14 | J | A | |
| 105. | | | | | Sold (part) | 10/01/14 | J | A | |
| 106. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 107.  -PIMCO ETF TRUST ETF MINT | | | | | Buy | 02/28/14 | J | | |
| 108. | | | | | Sold (part) | 06/19/14 | J | A | |
| 109. | | | | | Sold (part) | 08/22/14 | J | A | |
| 110. | | | | | Sold (part) | 09/17/14 | J | A | |
| 111. | A | Int./Div. | | | Sold | 10/01/14 | J | A | |
| 112.  -PROSHARES SHORT S&P ETF SH | | | | | Sold (part) | 02/28/14 | J | | |
| 113. | | | | | Buy | 10/01/14 | J | | |
| 114. | A | Int./Div. | | | Sold | 10/16/14 | J | A | |
| 115.  -SPDR S&P 500 TRUST ETF SPY | | | | | Sold (part) | 02/28/14 | J | A | |
| 116. | | None | | | Buy | 09/18/14 | J | | |
| 117. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 118.  -VANGUARD FTSE ALL WR ETF VEU | | | | | Sold (part) | 02/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 09/18/14 | J | A | |
| 120. | | | | | Sold (part) | 10/01/14 | J | A | |
| 121. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 122. -SPDR BARCLAYS ETF SJNK | | | | | Sold (part) | 02/28/14 | J | A | |
| 123. | | None | | | Sold | 11/05/14 | J | | |
| 124. -SPDR DOW JONES INDL ETF DIA | | | | | Buy | 02/28/14 | J | | |
| 125. | | | | | Sold (part) | 09/18/14 | J | A | |
| 126. | A | Int./Div. | | | Sold | 10/01/14 | J | A | |
| 127. -SPDR GOLD TRUST ETF GLD | | | | | Buy | 02/28/14 | J | | |
| 128. | | | | | Buy | 06/19/14 | J | | |
| 129. | | | | | Sold (part) | 09/18/14 | J | | |
| 130. | | None | | | Sold | 11/05/14 | J | | |
| 131. -PROSHARES TRUST ETF TBF | | None | | | Sold | 02/28/14 | J | | |
| 132. -VANGUARD REIT ETF VNQ | | | | | Sold (part) | 02/28/14 | J | | |
| 133. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 134. -ISHARES JPM USD EMR ETF EMB | | | | | Buy | 06/05/14 | J | | |
| 135. | | None | | | Sold | 11/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -ISHA INTERMD CRDT BD ETF CIU | | | | | Buy | 09/17/14 | J | | |
| 137. | A | Int./Div. | | | Sold | 11/05/14 | J | A | |
| 138. -MARKET VCTRS GOLD MN ETF GDX | | | | | Buy | 06/19/14 | J | | |
| 139. | | None | | | Sold | 10/23/14 | J | | |
| 140. -VANGUARD FTSE EMRG ETF VWO | | | | | Buy | 06/05/14 | J | | |
| 141. | | None | | | Sold | 11/05/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 07/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4, line 2: I am only allowed to choose my asset allocation based on risk tolerance and time horizon.

Page 4, line 13: Now ISHS INTERMD CRDT BD CIU.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lonny R. Suko**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544